# NO. 12-14-00224-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ELIZABETH CLOUD, LARISSA KING, ROSE MIER, MADOLYNN MIER, AND BENJAMIN MIER, APPELLANTS* | § | *APPEAL FROM THE 402ND* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *JULIUS NORRIS AND ALLSTATE INSURANCE COMPANY, APPELLEES* | § | *WOOD COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellants have filed an unopposed motion to dismiss this appeal alleging that there is no longer an issue in controversy between Appellants and Appellees. Appellants have complied with the requirements of Texas Rule of Appellate Procedure 42.1(a)(1) permitting voluntary dismissal of an appeal on an appellant's motion. Accordingly, Appellant's motion is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered September 17, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 17, 2014**

**NO. 12-14-00224-CV**

**ELIZABETH CLOUD, LARISSA KING, ROSE MIER,
MADOLYNN MIER, AND BENJAMIN MIER,**
Appellants
V.
**JULIUS NORRIS AND ALLSTATE INSURANCE COMPANY,**
Appellees

Appeal from the 402nd District Court

of Wood County, Texas (Tr.Ct.No. 2012-090)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*